**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 06-748-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Rafael Alonzo-Rivera,<br>aka Rafael Rivera-Alonzo, | |
| Defendant. | |

Pending before the Court are Plaintiff's Notice of Intent to Use Impeachment Evidence Pursuant to Rule 609(a)(1) at Trial (Doc. 39) and Defendant's Request for a Rule 609 Hearing (Doc. 41) to determine what, if any, felony or criminal convictions the government may use for purposes of impeachment of defense witnesses, including Defendant, at trial.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing has been set for **Monday, June 4, 2007 at 10:30 a.m.** to determine whether any of the convictions enumerated in Doc. 39 may be used by the government at trial.

DATED this 1st day of June, 2007.

Stephen M. McNamee
United States District Judge